UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BOBBY J. SMITH,

        Plaintiff,        Case No. 1:22-cv-753

v.        Honorable Phillip J. Green

UNKNOWN GOOSTREY, et al.,

        Defendants.
_____/

### JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  December 12, 2022        /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge