UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY J. SMITH #482352,

    Plaintiff,

v.

                                   Case No. 1:22-cv-753

JARED GOOSTREY, et al.,                 HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Thomas Page and Kevin Brege filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 5, 2025, recommending that this Court grant the motion and dismiss Plaintiff's claims against these two Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 42) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 34) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Thomas Page and Kevin Brege are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  July 15, 2025                                          /s/  Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge