UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BOBBY J. SMITH #482352,

                Plaintiff,

v.

UNKNOWN GOOSTREY, et al.,

                Defendants.
_____/

Case No. 1:22-cv-00753-PLM-PJG

Honorable Paul L. Maloney

## ORDER DENYING LEAVE TO
## PROCEED *IN FORMA PAUPERIS* ON APPEAL

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The Court dismissed Plaintiff's action on February 20, 2026. (ECF Nos. 69, 70). Plaintiff has sought leave to proceed *in forma pauperis* on appeal.  (ECF No. 74). When the Court dismissed Plaintiff's complaint, the Court certified that Plaintiff's appeal would not be taken in good faith.  Because of that certification, Plaintiff is not eligible to proceed on appeal *in forma pauperis*.  28 U.S.C. § 1915(a)(3).

Plaintiff is informed that within 28 days from the date of this notice he must submit the $605.00 filing fee or he must file in the United States Court of Appeals for the Sixth Circuit a motion for leave to proceed *in forma pauperis*, a certified copy of a prisoner trust account statement, and an affidavit of indigence.  28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997), *overruled in other part by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Plaintiff is also notified that if he fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure.  *See McGore*, 114 F.3d at 610.  In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.*  In addition, the appeal will not be reinstated even if Plaintiff subsequently pays the filing fee or requests to proceed as a pauper.  *See id.*

Dated:    July 15, 2026            /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge

**<u>SEND REMITTANCES TO</u>**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI  49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**